**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG KOO, | Case No. CV 19-5908 PA (JCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| TANG CAPITAL INC.; 8597 WEST PICO LLC; and DOES 1-10, | |
| Defendants. | |

In accordance with the Court's December 6, 2019 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 6, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE